**UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.: 08-60330-CIV-ALTONAGA/Brown**

MARK NORYCH, Individually, and
JACOB LINHART, Individually, as
former partners of Norych & Tallis, LLP,

      Plaintiffs,

v.

ADMIRAL INSURANCE COMPANY,

      Defendant.
_____/

**PLAINTIFFS' MEMORANDUM IN OPPOSITION**
(TO ADMIRAL'S MOTION TO CONTINUE TRIAL)

Plaintiffs, Mark Norych and Jacob Linhart, individually and as former partners of Norych & Tallis, LLP (jointly, "Plaintiffs"), hereby oppose Admiral's Motion to Continue Trial [D.E. 161].

**INTRODUCTION**

Plaintiffs adamantly oppose Admiral's latest request for a continuance. While Plaintiffs are saddened to learn that Mr. Manos is ill, and wish him a speedy and full recovery, there is no good cause for a continuance – as explained in greater detail below. Moreover, a denial of the motion would cause no undue prejudice to Admiral, but it would cause great prejudice to Plaintiffs, particularly Plaintiff Jacob Linhart – also as explained in greater detail below.

**BACKGROUND**

As this Court is aware, this is the second time that Admiral has moved to continue this case. It previously was set for trial during the trial period commencing February 16, 2010. But as the trial date approached, the undersigned was advised that Mr. Manos was experiencing health issues, and that Admiral thus desired a brief continuance. Under the circumstances, Plaintiffs did not object. As such, the case was continued, and now is set for trial on Monday, March 15, 2010 – just 2 business days away. Admiral now seeks another continuance – again based on health issues pertinent to Mr. Manos.

**ARGUMENT**

Plaintiffs adamantly oppose another continuance. Mr. Manos is a member of a law firm that boasts more than 700 lawyers. Indeed, their website indicates that they have well more than 100 lawyers in their insurance coverage practice group alone. And Mr. Manos is not the only lawyer in his firm that is working on this case. Rather, he is working on this case with another lawyer, Robert Chaney, Esq., who also is a partner in their firm's insurance coverage practice group.

Mr. Chaney is a lawyer with more than 25 years experience trying cases in state and federal courts around the country. He is a member of myriad State and Federal Bar organizations. And he has a multitude of published opinions to his credit. Moreover, Mr. Chaney has been intimately involved in this case every step of the way. He was the attorney primarily involved in the exchange of Rule 26 disclosures. He has been involved in the drafting of motions. He has taken both fact and expert witness depositions in this case. And he was the lawyer principally involved in coordinating the myriad pre-trial submissions required by the Court. Finally, Mr. Chaney is the lawyer who attended the Calendar Call of this matter (at which time the parties were instructed to be prepared to argue objections to exhibits and proposed jury instructions). Undoubtedly, Mr. Manos would bring great value to Admiral's cause if he were to assist in the trial of this case. But there does not appear to be any reason why Mr. Chaney is not fully capable of trying this case on his own.

But that is only one half of the equation. Plaintiffs now have cleared their calendars in anticipation of trial on two separate occasions. Requiring them to do so for a third time, especially on such extremely short notice, would present a considerable hardship – and Plaintiffs respectfully should not be required to do so. This is especially true for Plaintiff Jacob Linhart. He remains a practicing attorney. He already had to re-arrange his entire calendar, including obtaining continuances of hearing and trial dates, to accommodate Admiral's last request for a continuance so that he could make himself available to attend the trial presently scheduled to commence on Monday. Not surprisingly, he experienced significant resistance from certain judges. But he was able to overcome such resistance by representing that he was quite certain this case would be tried next week. Requiring Mr. Linhart to re-arrange his calendar yet again would constitute an extreme hardship that he should not be forced to endure (especially given that Mr. Chaney appears to be fully capable of trying this case on his own).[1]

## CONCLUSION

For all the foregoing reasons, Plaintiffs submit that Admiral's Motion to Continue Trial should be denied.

---

[1] *See* Affidavit of Jacob Linhart, Esq. attached as Exhibit A.

Respectfully submitted,

By: /s David A. Rothstein
    David A. Rothstein, Esq.
    Fla. Bar No.: 56881
    Drothstein@dkrpa.com
    Lorenz Michel Prüss, Esq.
    Fla. Bar No.: 581305
    Lpruss@dkrpa.com
    Sharlene Y. Escalera, Esq.
    Fla. Bar No.: 58547
    Sescalera@dkrpa.com
    Dimond Kaplan & Rothstein, P.A.
    Offices at Grand Bay Plaza
    2665 South Bayshore Drive, PH-2B
    Miami, Florida  33133
    Telephone:    (305) 374-1920
    Facsimile:     (305) 374-1961
    *Attorneys for Plaintiffs*

By: /s Stephen A. Marino
    Stephen A. Marino, Jr., Esq.
    Fla Bar No.: 79170
    Smarino@vpl-law.com
    Ver Ploeg & Lumpkin, P.A.
    100 S.E. Second Street
    30th Floor
    Miami, Florida 33131
    Telephone:    (305) 577-3996
    Facsimile:     (305) 577-3558
    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on March 11, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Joshua D. Lerner, Esq.
Rumberger Kirk & Caldwell
Brickell Bayview Centre
80 SW 8th Street, Suite 300
Miami, Florida 33130
*Attorney for Defendants*

Jeffrey A. Goldwater, Esq.
Robert A. Chaney, Esq.
Lewis Brisbois Bisgaard & Lewis
550 West Adams St.  Suite 300
Chicago, Illinois 60661
*Attorney for Defendants*

By:   /s David A. Rothstein
         David A. Rothstein